1 | James D. Weakley, Esq.     Bar No. 082853

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, COUNTY OF KINGS

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL HERNANDEZ CASTRO, | CASE NO.  1:05-CV-01405-AWI-DLB |
| Plaintiff, | **AMENDED STIPULATION AND ORDER CONTINUING JOINT SCHEDULING CONFERENCE** |
| vs. | |
| CITY OF HANFORD; COUNTY OF KINGS; AND DOES 1-50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by and through counsel of record, that the Joint Scheduling Conference set for June 14, 2006, at 8:30 a.m.,  will be continued to **August 28, 2006, at 9:00 a.m.**  The matter will be heard in Courtroom 9 before Magistrate Judge Dennis L. Beck.


DATED: June 13, 2006

                                          WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP


                         By:     /s/ James D. Weakley
                              James D. Weakley
                              Attorney for Defendant
                              COUNTY OF KINGS

| | | |
|---|---|---|
| 1 | DATED:  June 13, 2006 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP |
| 2 | | |
| 3 | | By:    /s/Justus C. Spillner |
| 4 | | Justus C. Spillner<br>Attorney for Defendant<br>CITY OF HANFORD |
| 5 | | |
| 6 | DATED:  June 13, 2006 | SAWL & NETZER |
| 7 | | |
| 8 | | By:    /s/ John Malmo<br>John Malmo<br>Attorney for Plaintiff |
| 9 | | MANUEL HERNANDEZ CASTRO |

### ORDER

IT IS SO ORDERED.

**Dated:   June 13, 2006**              **/s/ Dennis L. Beck**
3b142a                                               UNITED STATES MAGISTRATE JUDGE

---

Amended Stipulation and Order Continuing
Joint Scheduling Conference                                    2