1   James J. Arendt, Esq.        Bar No. 142937
    Michael R. Linden, Esq.      Bar No. 192485
2       THE LAW FIRM OF
    WEAKLEY, RATLIFF,
3   ARENDT & McGUIRE, LLP
    1630 East Shaw Avenue, Suite 176
4    Fresno, California   93710

5    Telephone: (559) 221-5256
     Facsimile:  (559) 221-5262
6
    Attorneys for Defendant, COUNTY OF KINGS
7

8

9              **IN THE UNITED STATES DISTRICT COURT**

10               **EASTERN DISTRICT OF CALIFORNIA**

11

    MANUEL HERNANDEZ CASTRO,          )   CASE NO.  1:05-CV-01405-REC-DLB
12                                     )
            Plaintiff,                 )   **STIPULATION AND ORDER**
13                                     )
            vs.                        )
14                                     )
    CITY OF HANFORD; COUNTY OF         )
15  KINGS; AND DOES 1-50, inclusive,   )
                                       )
16          Defendants.                )
                                       )
17  _____ )

18          THE PARTIES, through their respective counsel, have stipulated to extend the following

19  deadlines:

20          Designation of Expert Witnesses                    November 16, 2007

21          Designation of Supplemental Expert Witnesses       December 7, 2007

22          Expert Discovery Deadline                          December 21, 2007

23          Respectfully submitted,

24
    DATED: September 27, 2007             McCORMICK, BARSTOW, SHEPPARD,
25                                         WAYTE & CARRUTH, LLP

26
                                           By:    /s/ Justus C. Spillner
27                                         Justus C. Spillner
                                           Attorney for Defendant
28                                         CITY OF HANFORD

_____
Stipulation and Order

1

2

3
DATED: October 2, 2007              SAWL & NETZER

4
                                    By:_____/s/ H. Ronald Sawl_____
                                    H. Ronald Sawl
5                                   Attorney for Plaintiff
                                    MANUEL HERNANDEZ CASTRO
6

7
DATED: September 27, 2007           WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

8

9
                                    By:_____/s/ James J. Arendt_____
                                    James J. Arendt
10                                  Attorney for Defendant
                                    COUNTY OF KINGS
11

12
                                        **ORDER**
13

14

15       IT IS SO ORDERED.

16       **Dated:    October 4, 2007          _____/s/ Dennis L. Beck_____**
                                             UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

_____
Stipulation and Order                            2