James J. Arendt, Esq.      Bar No. 142937
Michael R. Linden, Esq.    Bar No. 192485
THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, COUNTY OF KINGS

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL HERNANDEZ CASTRO, | CASE NO. 1:05-CV-01405-REC-DLB |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | |
| CITY OF HANFORD; COUNTY OF KINGS; AND DOES 1-50, inclusive, | |
| Defendants. | |

THE PARTIES, through their respective counsel, have stipulated to extend the following deadlines:

| | |
|---|---|
| Designation of Expert Witnesses | February 1, 2008 |
| Designation of Supplemental Expert Witnesses | February 15, 2008 |
| Expert Discovery Deadline | February 29, 2008 |

Respectfully submitted,

DATED: November 15, 2007      McCORMICK, BARSTOW, SHEPPARD,
                              WAYTE & CARRUTH, LLP


                              By:    /s/ Justus C. Spillner
                              Justus C. Spillner
                              Attorney for Defendant
                              CITY OF HANFORD

Stipulation and Order

DATED: November 15, 2007                                   SAWL & NETZER

By:_____/s/ H. Ronald Sawl_____
H. Ronald Sawl
Attorney for Plaintiff
MANUEL HERNANDEZ CASTRO

DATED: November 15, 2007                                   WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:_____/s/ James J. Arendt_____
James J. Arendt
Attorney for Defendant
COUNTY OF KINGS

**ORDER**

IT IS SO ORDERED.

**Dated:   November 16, 2007**                   _____**/s/ Dennis L. Beck**_____
UNITED STATES MAGISTRATE JUDGE