James J. Arendt, Esq.		Bar No. 142937
Michael R. Linden, Esq.	Bar No. 192485
    THE LAW FIRM OF
  WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, COUNTY OF KINGS

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL HERNANDEZ CASTRO, | ) CASE NO.  1:05-CV-01405 LJO DLB |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| vs. | ) |
| CITY OF HANFORD; COUNTY OF KINGS; AND DOES 1-50, inclusive, | ) |
| Defendants. | ) |

    THE PARTIES, through their respective counsel, have stipulated to extend the following deadline:

<u>    </u>Last Day to File Dispositive Motions           February 1, 2008

    Respectfully submitted,

DATED:  January 2, 2008         McCORMICK, BARSTOW, SHEPPARD,
                                         WAYTE & CARRUTH, LLP

                                         By:    /s/ Justus C. Spillner
                                         Justus C. Spillner
                                         Attorney for Defendant
                                         CITY OF HANFORD

Stipulation and Order

DATED: January 2, 2008   SAWL & NETZER

By:    /s/ H. Ronald Sawl
H. Ronald Sawl
Attorney for Plaintiff
MANUEL HERNANDEZ CASTRO

DATED: January 2, 2008   WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:    /s/ James J. Arendt
James J. Arendt
Attorney for Defendant
COUNTY OF KINGS

**ORDER**

IT IS SO ORDERED.

**Dated:   January 8, 2008**            **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order       2