1 | James J. Arendt, Esq.     Bar No. 142937
2 | Michael R. Linden, Esq.   Bar No. 192485
  | THE LAW FIRM OF
3 | WEAKLEY, RATLIFF,
  | ARENDT & McGUIRE, LLP
  | 1630 East Shaw Avenue, Suite 176
4 | Fresno, California  93710

5 | Telephone: (559) 221-5256
  | Facsimile:  (559) 221-5262

6

7 | Attorneys for Defendant, COUNTY OF KINGS

8

9 | **IN THE UNITED STATES DISTRICT COURT**

10 | **EASTERN DISTRICT OF CALIFORNIA**

11

12 | MANUEL HERNANDEZ CASTRO,        ) CASE NO.  1:05-CV-01405-LJO-DLB
   |                                 )
13 |        Plaintiff,               ) **STIPULATION AND ORDER**
   |                                 )
14 |   vs.                           )
   |                                 )
15 | CITY OF HANFORD; COUNTY OF      )
   | KINGS; AND DOES 1-50, inclusive,)
16 |                                 )
   |        Defendants.              )
17 | _____ )

18 | THE PARTIES, through their respective counsel, have stipulated to extend the following

19 | deadlines:

20 | Expert Discovery Deadline                               March 28, 2008

21

22 | DATED: February 28, 2008              SAWL & NETZER

23

24 |                                       By:     /s/ H. Ronald Sawl
   |                                       H. Ronald Sawl
   |                                       Attorney for Plaintiff
25 |                                       MANUEL HERNANDEZ CASTRO

26 | DATED: February 28, 2008              WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

27

28 |                                       By:     /s/ James J. Arendt
   |                                       James J. Arendt
   |                                       Attorney for Defendant
   |                                       COUNTY OF KINGS

Stipulation and Order

## ORDER

IT IS SO ORDERED.

Dated:   **March 7, 2008**           **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                                                                    2